# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

ODELL BRYANT                                                                                             PLAINTIFF

v.                                            No. 3:04CV00088 JLH

ARKANSAS COTTON GROWER'S
ORGANIZATION, INC., d/b/a ARKANSAS
BOLL WEEVIL ERADICATION FOUNDATION                                DEFENDANT

## ORDER

The Arkansas Cotton Grower's Organization has filed a motion for summary judgment and established a *prima facie* case of entitlement to judgment as a matter of law. Odell Bryant has not responded although the Court has granted several extensions of time within which he should file his response. On December 15, 2005, the Court entered an order granting another motion to extend the time to respond to the motion for summary judgment. The Court extended the time for response up to and including January 6, 2006, and stated that no further extensions would be granted. Still, Mr. Bryant has not responded to the motion for summary judgment.

Arkansas Cotton Grower's Organization is entitled to judgment as a matter of law. Summary judgment will be entered pursuant to Fed. R. Civ. P. 56.

IT IS SO ORDERED this 20th day of January, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE