**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ODELL BRYANT                                                              PLAINTIFF

v.                              No. 3:04CV00088 JLH

ARKANSAS COTTON GROWER'S
ORGANIZATION, INC., d/b/a ARKANSAS
BOLL WEEVIL ERADICATION FOUNDATION                    DEFENDANT

### JUDGMENT

Judgment is hereby entered in favor of Arkansas Cotton Grower's Organization on all claims.

Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 20th day of January, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE